# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA**

v.                                                    Case: 3:01M082TPS

Mr. John D. Porter
310 Gorton Avenue Ext.
Old Lyme, CT  06371

## MOTION TO DISMISS

The United States Attorney, through the Special Assistant United States Attorney, respectfully requests that the complaint in the above entitled matter be dismissed.

William C. Kuebler, CT-25092
Special Assistant U.S. Attorney
District of Connecticut

SO ORDERED:


The Honorable Thomas P. Smith
U.S. Magistrate Judge


Hartford, Connecticut

Dated: 1/25/05